Karen A. Ragland, Esq. (SBN 108560)
**FIDELITY NATIONAL LAW GROUP**
915 Wilshire Blvd., Suite 2100
Los Angeles, California 90017
Telephone: (213) 438-4408
Facsimile:   (213) 438-4417
Email: Karen.Ragland@fnf.com

Attorneys for Plaintiff,
**COMMONWEALTH LAND TITLE INSURANCE COMPANY**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>JASON ORTIZ and BRIANNA ORTIZ,<br><br>Debtors<br><br>---<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JASON ORTIZ, BRIANNA ORTIZ<br><br>Debtors. | **CASE NO. 6:19-bk-12074-SC**<br><br>**Chapter 7**<br><br>Adversary No.: 6:19-ap-01091 SC<br><br>MOTION IN LIMINE TO EXCLUDE BANK STATEMENT OF ARTHUR MEISNER FROM BANK OF THE WEST<br><br>Date: March 29, 2021<br>Time 9:30 a.m.<br>Courtroom: 126-Virtual |

Plaintiff, Commonwealth Land Title Insurance Company, (hereafter "Plaintiff") files its Motion in Limine as to the exclusion of the bank records of Arthur Meisner from Bank of the West on the following grounds:

///

///

1

**MOTION IN LIMINE BY PLAINTIFF**

## I. INTRODUCTION

The Debtors, Jason and Briana Ortiz, (hereafter "Debtors") request that the Court exclude this Order from the Probate Court on the grounds that this Court may not take judicial notice of the facts set forth therein.

The Debtors intend on introducing the bank records of Arthur Meisner from Bank of The West at trial. These records were subpoenaed by the Debtors, but are not certified by the Bank. The response to the subpoena from the Bank were not accompanied by any type of declaration form the Bank. Since these are the records of Meisner, the Debtors lack the knowledge to testify as to their authenticity and admissibility.

Plaintiff argue that these records constitute hearsay under the applicable federal evidence statues. The business records exception to hearsay is set forth in Fed.R. Evid. 803 (b) and provides that ta document is excepted from the rule against hearsay if it is a "record of an act, event, condition, opinion or diagnosis" and if:

(A) The record was made at or near the time by or from information transmitted by-someone with knowledge:

(B) The record was kept in the course of a regularly conducted activity of a business, organization, occupation or calling, whether or not for profit;

(C) Making the record was a regular practice of that activity;

(D) All these conditions are shown by the testimony of the custodian or another qualified witness or by certification that complies with Rule 902 (11) or (12) or with a statute permitting certification;

1  (E)  The opponent does not how that the source of information or method of

2  circumstances of preparation indicate a lack of trustworthiness.

3  *In re: Hams* 603 B.R.19 (9th Cir. 2019)

4

5      Only a knowledgeable witness can satisfy the exception. The foundation

6  witness needs to know enough to say that the record was prepared in the ordinary

7  course of business in the manner contemplated by the exception. Thus, he needs

8  first hand knowledge about the normal processes of the business.

9      Plaintiff argues that in the absence of a witness from the bank to authenticate

10  these business records in accordance of the business record exception, these records

11  must be excluded because they constitute hearsay.

12

13                                   Respectfully submitted,

14  Dated: March 19, 2021              **FIDELITY NATIONAL LAW GROUP**

15

16  _____

17                                  Karen A. Ragland

18                                  **ATTORNEYS FOR PLAINTIFF,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 WILSHIRE BLVD., STE. 2100, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled (*specify*):

MOTION IN LIMINE TO EXCLUDE BANK STATEMENT OF ARTHUR MEISNER FROM BANK OF THE WEST

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3/19/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bilal Essayli, Essayli & Brown LLP @ bessayli@essaylibrown.com, ATTORNEYS FOR DEFENDANTS;
Steven M Speier (TR) @ lmorvant@sspeier.net;
United States Trustee (RS) @ ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/19/2021 | LINDA BECK | /s/ Linda Beck |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE